IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REUVEN TENAMEE, #34630-037,<br>　　　　Petitioner, | * |
| | * |
| v. | CIVIL ACTION NO. JFM-05-1077 |
| | * |
| UNITED STATES OF AMERICA, BUREAU<br>　OF PRISONS,<br>　　　　Respondent | * |
| | ****** |

## MEMORANDUM

On April 18, 2005, the Court received correspondence from Petitioner challenging the calculation of his pretrial detention credits. Petitioner's Motion is construed as a Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. Paper No. 1. For the reasons that follow, the Petition shall be transferred.[1]

Regarding the scope and nature of the instant proceeding, the undersigned notes that subject matter jurisdiction over a § 2241 habeas corpus petition lies in the federal district court where Petitioner is incarcerated or in the federal district court where Petitioner's custodian is located. *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 488-89 (1973). Petitioner is confined in Lisbon, Ohio, and his custodian, or the person who has the day-to-day responsibility for his custody, would be the warden at the Federal Correctional Institution-Elkton. Therefore, this Court finds that jurisdiction of the instant action lies in Ohio, not in Maryland. Accordingly, the undersigned concludes that transfer of the instant case to the United States District Court for the Northern District of Ohio is appropriate.

---

[1] Petitioner has not paid the civil filing fee, nor filed a Motion for Leave to Proceed in Forma Pauperis. Decisions regarding Petitioner's pauper status as well as any directions to Petitioner regarding supplementing the Petitioner shall be reserved for the transferee court.

A separate Order follows.


<u>April 26, 2005</u>                              <u>/s/                                             </u>
    Date                                                     J. Frederick Motz
                                                   United States District Judge